IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| **DISPLAY TECHNOLOGIES, LLC,** § § | |
| Plaintiff, § § | Case No: 0:21-cv-02456-PJS-LIB |
| vs. § § | PATENT CASE |
| **NONIN MEDICAL, INC.,** § § | |
| Defendant. § § | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Display Technologies, LLC ("Plaintiff" and/or "Display") files this Notice of Voluntary Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Accordingly, Plaintiff hereby voluntarily dismisses this action against Defendant Nonin Medical, Inc. without prejudice, pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs.

Dated: January 20, 2022.                   Respectfully submitted,


                                           *Eric J. Strobel*
                                           Eric J. Strobel, Director
                                           Strobel Consulting Services, LLC
                                           651.338.7044
                                           eric@strobelconsulting.net

                                           **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true copy of the foregoing was filed electronically and served by operation of the Court's electronic filing system on January 20, 2022.  Parties may access the foregoing through the Court's system.

      *Eric J. Strobel*
      Eric J. Strobel